✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN _____ DISTRICT OF _____ TENNESSEE

UNITED STATES OF AMERICA

V.

Williams et al.

**EXHIBIT AND WITNESS LIST**

Case Number:    2:26-mj-00007-atc

| PRESIDING JUDGE ANNIE T. CHRISTOFF | | | PLAINTIFF'S ATTORNEY GREG WAGNER | | DEFENDANT'S ATTORNEY H. WAGGERMAN (SEE DOCKET) |
|---|---|---|---|---|---|
| TRIAL DATE (S) 4/3/26 - 4/7/26 ID REMOVAL/DET/PC/ | | | COURT REPORTER JVR | | COURTROOM DEPUTY V. PETTWAY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| X | | 4/3/2026 | | | MARCELLUS HOBBS (SPECIAL AGENT) |
| 1 | X | 4/3/2026 | X | X | PHOTOS OF FIREARMS |
| | X | 4/3/2026 | | | KAYRON JONES |
| | X | 4/3/2026 | | | DELVIN LANE |
| | X | 4/3/2026 | | | CARLOS MILES |
| | X | 4/3/2026 | | | CARNESHA RHODES |
| 2 | | 4/6/2026 | X | X | AFFIDAVIT OF COMPLAINT AS TO RODNEY WILLIAMS |
| | X | 4/6/2026 | | | RODNEY WRIGHT SR. |
| | X | 4/6/2026 | | | KAMARIO BROWN |
| 3 | | 4/6/2026 | | | AFFIDAVIT OF COMPLAINT AS TO DEMARIAN GIPSON |
| | X | 4/6/2026 | | | JERVI DAVIS |
| | X | 4/6/2026 | | | ZAMIYA WARD |
| | 4 | 4/6/2026 | X | X | LETTER |
| | 5 | 4/6/2026 | X | X | MEMPHIS ALLIES PACKET |
| 6 | | 4/6/2026 | X | X | AFFIDAVIT OF COMPLAINT AS TO DARRION MCDANIEL |
| | X | 4/6/2026 | | | BRANDON MCDANIEL |
| 7 | | 4/7/2026 | X | X | AFFIDAVIT OF COMPLAINT AS TO KORDAE JOHNSON |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____1____ Pages